FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY HOWARD MURRY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, and TIMOTHY N. LANG,<br><br>　　　　　Defendants. | NO. 2:25-CV-5075-TOR<br><br>ORDER DENYING PLAINTIFFS' MOTION TO REMAND |

BEFORE THE COURT is Plaintiffs' Motion to Remand (ECF No. 3). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Plaintiffs' Motion to Remand (ECF No. 3) is **DENIED**.

**DISCUSSION**

This case arises Plaintiff's claims of violations of state and federal law. This case was removed from State Court. Plaintiff moved to remand the matter to state court. ECF No. 3. Defendants filed a response opposing the motion, ECF No. 5.

ORDER DENYING PLAINTIFFS' MOTION TO REMAND ~ 1

1  "The district courts shall have original jurisdiction of all civil actions arising

2  under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

3  Because Plaintiff's Complaint contains federal causes of action, Plaintiff's

4  motion to remand is denied.

5  **ACCORDINGLY, IT IS HEREBY ORDERED:**

6  Plaintiffs' Motion to Remand (**ECF No. 3**) is **DENIED**.

7  The District Court Executive is directed to enter this Order and furnish

8  copies to the parties.

9  **DATED** July 29, 2025.



THOMAS O. RICE
United States District Judge