AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ROY HOWARD MURRY | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| DEPARTMENT OF CORRECTIONS; TIMOTHY N. LANG | |
| *Defendant* | |

Civil Action No.  4:25-CV-5075-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔ other:   Defendants' Motion for Judgment on the Pleadings (ECF No. 13) is GRANTED IN PART. Plaintiff's claims are DISMISSED without prejudice.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   THOMAS O. RICE

Date:  12/1/2025

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*